# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 69 EM 2021

           Respondent            :

           v.            :

ZAKEE HAMILTON,            :

           Petitioner            :

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of March, 2022, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Counsel is ORDERED to file a Petition for Allowance of Appeal within 15 days.